**Electronically Filed
Supreme Court
SCWC-19-0000650
23-SEP-2024
08:56 AM
Dkt. 7 ODAC**

SCWC-19-0000650

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DENNIS T. IHARA,
Petitioner/Claimant-Appellee-Cross-Appellant/Appellant,

vs.

STATE OF HAWAI'I, DEPARTMENT OF LAND AND NATURAL RESOURCES,
Respondent/Employer-Appellant-Cross-Appellee/Appellee,

and

STATE OF HAWAI'I, DEPARTMENT OF HUMAN RESOURCES DEVELOPMENT,
Respondent/Adjuster-Appellant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000650; CASE NO. AB 2008-266(S); (2-07-40277))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Morikawa, in place of Ginoza, J., recused)

Petitioner's Application for Writ of Certiorari, filed

on August 12, 2024, is hereby rejected.

DATED: Honolulu, Hawai'i, September 23, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Trish K. Morikawa

